IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:12-00154 |
| | ) | Judge Sharp |
| EDUARDO GUERREO-PADILLA | ) | |

## AGREED ORDER

Come the parties, by and through counsel of record, and advise the Court by Motion that the defendant's name in this case should be listed as Eduardo Padilla-Guerrero, aka Eduardo Guerreo-Padilla.

This change is approved by the Court and it is hereby ordered that the style of this case reflect the name of the defendant as Eduardo Padilla-Guerrero, aka Eduardo Guerreo-Padilla, this ￼ c@åæ ￼ -Û^] c^{ à^¦ÊG€FG.

_____
Honorable Kevin H. Sharp
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2012, I electronically filed the foregoing Agreed Order with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Van S. Vincent, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/*Jude T. Lenahan*